**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**CALVIN TAYLOR, INDIVIDUALLY,
AND ON BEHALF OF ALL OTHER
SIMILARLY SITUATED INDIVIDUALS                              PLAINTIFF**

**VS.                              CIVIL ACTION NO:  3:09-cv-00573-HTW-LRA**

**EAST SIDE JERSEY DAIRY, INC.                                        DEFENDANT**

**ORDER**

THIS MATTER is before the Court on the joint motion of Plaintiff and Defendant to approve their settlement agreement and dismiss Plaintiff's Complaint with prejudice.  Having considered the motion, the Court finds that it is well-taken, and it should be granted.  Accordingly,

IT IS HEREBY ORDERED that the settlement agreement between Plaintiff and Defendant is APPROVED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

SO ORDERED, this the 28th day of December, 2009.

**S/ HENRY T. WINGATE**

**CHIEF UNITED STATES DISTRICT JUDGE**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**